| | |
|---|---|
| 1 | BRIAN D. BERRY, CA Bar No. 229893 |
| | brian.berry@ogletree.com |
| 2 | J.P. SCHREIBER, CA Bar No. 317829 |
| | john.schreiber@ogletree.com |
| 3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 4 | One Embarcadero Center, Suite 900 |
| | San Francisco, CA  94111 |
| 5 | Telephone:    415-442-4810 |
| | Facsimile:     415-442-4870 |
| 6 | |
| 7 | Attorneys for Defendant |
| | TFORCE FREIGHT, INC. (F/K/A UPS GROUND FREIGHT, INC.) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONYEISHA MISH, individually, and on behalf of all others similarly situated, | Case No.   3:21-cv-04094 |
| Plaintiff, | **DEFENDANT TFORCE FREIGHT, INC.'S (F/K/A UPS GROUND FREIGHT, INC.) CERTIFICATION OF INTERESTED PARTIES OR PERSONS** |
| v. | |
| UPS GROUND FREIGHT, INC., a Virginia Corporation, and DOES 1 through 20, Inclusive, | Complaint Filed:  March 10, 2021 |
| | Trial Date:           None Set |
| Defendant. | |

**TO THE COURT AND TO PLAINTIFF AND HER COUNSEL OF RECORD**:

Pursuant to Civil L.R. 3-15, defendant TForce Freight, Inc. (f/k/a/ UPS Ground Freight, Inc.) certifies that as of this date, the following listed entities or persons have either a financial interest in the subject matter in controversy or in a party to the proceeding or have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- TFI International Inc.

DATED: May 28, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Brian D. Berry*
    BRIAN D. BERRY
    J.P. SCHREIBER

Attorneys for Defendant
TFORCE FREIGHT, INC. (F/K/A UPS GROUND FREIGHT, INC.)

47308545.1