RONALD W. MAKAREM, CA Bar No. 180442
makarem@law-rm.com
SAMUEL D. ALMON, CA Bar No. 243569
almon@law-rm.com
MAKAREM & ASSOCIATES, APLC
11601 Wilshire Boulevard, Suite 2440
Los Angeles, California 90025-1760
Telephone:     310-312-0299
Facsimile:      310-312-0296

Attorneys for Plaintiff
DONYEISHA MISH

BRIAN D. BERRY, CA Bar No. 229893
brian.berry@ogletree.com
J.P. SCHREIBER, CA Bar No. 317829
john.schreiber@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone:     415-442-4810
Facsimile:      415-442-4870

Attorneys for Defendant
TFORCE FREIGHT, INC. (F/K/A UPS
GROUND FRIEGHT, INC.)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONYEISHA MISH, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UPS GROUND FREIGHT, INC., a Virginia Corporation, and DOES 1 through 20, Inclusive,<br><br>　　　　　　　　Respondent. | Case No. 3:21-cv-04094-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S OPPOSTION TO DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION**<br><br>Complaint Filed:　March 10, 2021<br>Hearing Date:　　July 22, 2021 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to the Northern District of California Local Rule 7-12, the undersigned counsel of record of Defendant TForce Freight, Inc. (f/k/a UPS Ground Freight, Inc.)("Defendant") and Plaintiff Donyeisha Mish ("Plaintiff") submit this stipulation requesting that the Court extend Plaintiff's deadline to file an opposition to Defendant's Motion to Dismiss Plaintiff's Complaint and Strike Class Allegations to June 25, 2021 and Defendant's deadline to file a reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint and Strike Class Allegations to July 6, 2021.

## I.   Recitals

On March, 2021, Plaintiff filed a class action complaint against Defendant in Alameda County Superior Court alleging wage and hour violations of (1) unpaid minimum wages, (2) unpaid overtime wages, (3) failure to provide meal periods, (4) failure to provide rest periods, (5) failure to provide accurate wage statements, (6) waiting time penalties, and (7) unfair competition ("Complaint"). Declaration of Samuel D. Almon ("Almon Decl."), ¶ 2. On May 28, 2021, Defendant removed the action to the Unites States District Court for the Northern District of California. Dkt. No. 2. On June 4, 2021, Defendant filed a Motion to dismiss Plaintiff's Complaint and Strike Class Allegations for failure to state claims upon which relief can be granted pursuant to Federal Rules of Civil Procedure 12(b)(6) ("Motion to Dismiss"). Dkt. No. 8.

Pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's opposition to Defendant's Motion to Dismiss is currently due on June 18, 2021. Additionally, pursuant to Northern District of California Local Rule 7-3(c), Defendant's reply to plaintiff's opposition is currently due on June 25, 2021. The hearing on Defendant's Motion to Dismiss is set for July 22, 2021.

On June 11, 2021, Plaintiff's counsel contacted Defendant's counsel to meet and confer regarding a potential amended complaint in an effort to avoid unnecessary motion practice. (Almon Decl. ¶ 5.) On June 14, 2021, the parties met and conferred by telephone and agreed to seek the extension requested in this stipulation in order to allow time to continue their meet and

confer efforts. (*Id.* ¶ 6.) The parties now request that the deadlines for Plaintiff's opposition and Defendant's reply be extended as follows to allow the parties to meet and confer regarding a possible amended complaint and withdrawal of the pending motion to dismiss. (Almon Decl. ¶ 7.)

    A.  New deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss: June 25 2021;

    B.  New deadline for Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss: July 6, 2021.

There have not been any previous time modifications in the case, whether by stipulation or Court order. (Almon Decl. ¶ 8.) The requested time modifications should not have any impact on the schedule of the case as the case is in its infancy and was recently assigned to this Court. (Almon Decl. ¶ 9.)

## II.  Stipulation

Pursuant to the forgoing recitals, which are incorporated herein by this reference, and subject to the Court's approval, the Parties stipulate and agree as follows:

Plaintiff's opposition and Defendant's reply deadlines are extended as follows:

    A.  Plaintiff's deadline to file an Opposition to Defendant's Motion to Dismiss shall be June 25, 2021;

    B.  Defendant's deadline to file a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss shall be July 6, 2021.

IT IS SO STIPULATED.

Dated: June 16, 2021

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */S/ BRIAN BERRY*
BRIAN BERRY
Attorneys for Defendant, TForce Freight, Inc.

| | |
|---|---|
| Dated: June 16, 2021 | **MAKAREM & ASSOCIATES, APLC** |
| | By: /s/ Samuel D. Almon[1] |
| | SAMUEL ALMON |
| | Attorneys for Plaintiff, Donyeisha Mish |

---

[1] The e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the other signatory indicated by a conformed signature (/s) with the foregoing e-filed document.

# [~~PROPOSED~~] ORDER

Pursuant to the above Stipulation, Plaintiff's opposition and Defendant's reply deadlines are hereby extended as follows:

    A. Plaintiff's deadline to file an Opposition to Defendant's Motion to Dismiss shall be June 25, 2021;

    B. Defendant's deadline to file a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss shall be July 6, 2021;

IT IS SO ORDERED.

Dated: June 16, 2021

_____
Hon. Edward M. Chen
United States District Judge

RONALD W. MAKAREM, CA Bar No. 180442
makarem@law-rm.com
SAMUEL D. ALMON, CA Bar No. 243569
almon@law-rm.com
MAKAREM & ASSOCIATES, APLC
11601 Wilshire Boulevard, Suite 2440
Los Angeles, California 90025-1760
Telephone:   310-312-0299
Facsimile:   310-312-0296

Attorneys for Plaintiff
DONYEISHA MISH

BRIAN D. BERRY, CA Bar No. 229893
brian.berry@ogletree.com
J.P. SCHREIBER, CA Bar No. 317829
john.schreiber@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone:   415-442-4810
Facsimile:   415-442-4870

Attorneys for Defendant
TFORCE FREIGHT, INC. (F/K/A UPS GROUND FRIEGHT, INC.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONYEISHA MISH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UPS GROUND FREIGHT, INC., a Virginia Corporation, and DOES 1 through 20, Inclusive,<br><br>Respondent. | Case No. 3:21-cv-04094-EMC<br><br>**DECLARATION OF SAMUEL D. ALMON IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S OPPOSTION TO DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION**<br><br>Complaint Filed:   March 10, 2021<br>Trial Date:   None Set |

1

Declaration of Samuel D. Almon

1. I, Samuel Almon, am an attorney duly licensed to practice law in all of the courts of the State of California and in this Court. I am an attorney at Makarem & Associates APLC, which represents Plaintiff in this action. I am one of the attorneys handling this case, and have personal firsthand knowledge of each of the facts set forth herein, except where indicated otherwise. If called upon to do so, I could and would testify competently hereto.

2. On March, 2021, Plaintiff filed a class action complaint against Defendant in Alameda County Superior Court alleging wage and hour violations of (1) unpaid minimum wages, (2) unpaid overtime wages, (3) failure to provide meal periods, (4) failure to provide rest periods, (5) failure to provide accurate wage statements, (6) waiting time penalties, and (7) unfair competition ("Complaint").

3. On May 28, 2021, Defendant filed a notice of removal of the action to this Court.

4. On June 4, 2021, Defendant filed a Motion to dismiss Plaintiff's Complaint and Strike Class Allegations for failure to state claims upon which relief can be granted pursuant to Federal Rules of Civil Procedure 12(b)(6).

5. On June 11, 2021, I contacted Defendant's counsel to meet and confer regarding a potential amended complaint in an effort to avoid unnecessary motion practice.

6. On June 14, 2021, I met and conferred with Defendant's counsel by telephone. In light of the current briefing schedule, we agreed to seek the extension requested in the accompanying stipulation in order to allow time to continue our meet and confer efforts.

7. The parties now request that the deadlines for Plaintiff's opposition and Defendant's reply be extended as follows to allow the parties to meet and confer regarding a possible amended complaint and withdrawal of the pending motion to dismiss.

8. There have not been any previous time modifications in the case, whether by stipulation or Court order.

9. Given the early posture of this matter, I do not believe that the modest extension requested in the parties' stipulation will affect the schedule of the case.

Dated: June 16, 2021

**MAKAREM & ASSOCIATES, APLC**

By: */s/ Samuel D. Almon*
SAMUEL ALMON
Attorneys for Plaintiff, Donyeisha Mish